| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Branch Doll | 12/17/1987 | OH | Middle District of Florida | No | Moore Haven Wtp (FL5220192) | No | Kidney Cancer | 1-9 |
| 2 | Andrew Donlon | 12/5/1972 | TX | Western District of Louisiana | No | Ruston Water System (LA1061017) | No | Testicular Cancer | 1-9 |
| 3 | Pamela Doss | 2/6/1957 | OH | Eastern District of Tennessee | No | Knox-Chapman Utility District (TN0000367) | No | Kidney Cancer | 1-9 |
| 4 | Maurice Duncan | 10/21/1970 | NV | Central District of Illinois | No | Galesburg Public Water Service (IL0950200) | No | Liver Cancer | 1-9 |
| 5 | William M Duncan | 2/25/1981 | TX | District of Colorado | No | Battlement Mesa Md (CO0123133) | No | Testicular Cancer | 1-9 |
| 6 | Charles Dunworth | 11/3/1954 | IN | Middle District of Florida | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 7 | Gary Rosenfeld | 3/1/1956 | FL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 8 | Christopher Smith | 12/6/1972 | TX | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 9 | Johnnie Sullivan | 2/6/1967 | TX | Eastern District of Texas | No | Edmond Pwa - Arcadia (OK1020723) | No | Kidney Cancer | 1-9 |
| 10 | Marie Valentine | 5/29/1942 | FL | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| 11 | Malcolm Van Atta | 5/16/1955 | NJ | District of New Jersey | No | Salem Water Department (NJ1712001) | No | Kidney Cancer | 1-9 |
| 12 | Jason Van Eeuwen | 2/19/1980 | NJ | District of New Jersey | No | Oakland Water Department (NJ0242001) | No | Kidney Cancer | 1-9 |
| 13 | Noah Van Fleet | 9/3/2002 | TN | Middle District of Tennessee | No | Spring Hill Water Department (TN0000667) | No | Testicular Cancer | 1-9 |
| 14 | Michael Van Scoy | 7/10/1965 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 15 | David Vance | 1/23/1970 | FL | Middle District of Florida | No | Indian River County Utilities (2 Wtps) (FL3314052) | No | Ulcerative Colitis | 1-9 |
| 16 | James Vance | 5/14/1967 | KY | Western District of Kentucky | No | Hardin County Water District #1 (KY0470393) | No | Kidney Cancer | 1-9 |
| 17 | Stephen Vance | 4/21/1956 | TN | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |
| 18 | Shawn Vandenabeele | 12/22/1977 | MI | Eastern District of Michigan | No | City of Irving (TX0570050) | No | Kidney Cancer | 1-9 |
| 19 | Joshua Vanderpool | 5/13/1980 | NC | Eastern District of North Carolina | Yes | Fairfax County Water (VA6059501) | No | Testicular Cancer | 1-9 |
| 20 | Kariem Vanenburg | 10/22/1978 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Liver Cancer | 1-9 |
| 21 | Brenda Vanmeer | 12/16/1957 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |
| 22 | Joanne Vanmuysen | 1/3/1958 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |
| 23 | Austin Vannostrand | 11/11/2005 | MD | District of Maryland | No | Harford County DPW (MD0120016) | No | Testicular Cancer | 1-9 |
| 24 | Andrea Varela | 4/11/1983 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 25 | Conrado Vasquez | 7/17/1962 | TX | Western District of Texas | No | City Of Arlington (TX2200001) | No | Kidney Cancer | 1-9 |
| 26 | Edgardo Vasquez | 10/10/1966 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 27 | George Vasquez | 6/14/1955 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 28 | Guillermo Vasquez | 6/17/2006 | CA | Northern District of California | No | City Of Bakersfield (CA1510031) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Jesse Vasquez | 7/13/1998 | CA | Central District of California | No | City of Colton (CA3610014) | No | Testicular Cancer | 1-9 |
| 30 | Edith Vaughn | 5/25/1964 | TN | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 31 | Kasey Vaughn | 2/20/1977 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 32 | Jose Vazquez | 8/15/1977 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 33 | Matthew Vazquez | 12/2/1984 | CA | Central District of California | No | Monrovia-City Water Department (CA1910090) | No | Liver Cancer | 1-9 |
| 34 | April Veach | 6/5/1972 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 35 | Charles Vega | 12/28/1959 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 36 | David James Veglahn | 2/15/1975 | MN | District of Minnesota | Yes | Eau Claire Waterworks (WI6180230) | No | Testicular Cancer | 1-9 |
| 37 | Rita Veiga-Berry | 11/10/1944 | NJ | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 38 | John C Veirs | 12/11/1979 | CA | Central District of California | No | Cucamonga Valley Water District (CA3610018) | No | Testicular Cancer | 1-9 |
| 39 | Anthony Velasco | 4/15/1994 | CA | Eastern District of California | No | Pinedale County Water District (CA1010026) | No | Testicular Cancer | 1-9 |
| 40 | Nicolas Velasquez | 10/12/1993 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |
| 41 | Roberto Velazquez | 3/1/1965 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 42 | Spencer Velott | 3/27/1977 | WA | District of Massachusetts | No | Falmouth Water Department (MA4096000) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 43 | Alfredo C. Venegas | 10/10/1953 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 44 | Sonia Venegas | 9/20/1977 | CA | Central District of California | No | City of Aurora (CO0103005) | No | Kidney Cancer | 1-9 |
| 45 | Senthilvadivel Venkatesan | 4/22/1982 | NJ | District of New Jersey | No | Montgomery County Water Services 2 PWS (OH5701503) | No | Testicular Cancer | 1-9 |
| 46 | Antonette Vera | 1/10/1966 | TX | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 47 | Robert Verden | 2/16/1985 | CO | District of Colorado | No | Security Water District (CO0121775) | No | Kidney Cancer | 1-9 |
| 48 | David Verdi | 6/16/1966 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 49 | Regina Verdin | 4/18/1964 | TN | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 50 | Joseph Verdura | 12/6/1948 | DE | District of Delaware | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 51 | Samuel Verello Jr | 5/12/1964 | NJ | District of New Jersey | No | Old Bridge Municipal Utilities Authority (NJ1209002) | No | Kidney Cancer | 1-9 |
| 52 | Michael Vessey | 10/25/1984 | CA | Southern District of California | No | Jordan Valley Wcd (UTAH18027) | No | Testicular Cancer | 1-9 |
| 53 | Melody Vickers | 3/19/1947 | NY | Eastern District of New York | No | Water Authority Of Western Nassau (NY2902830) | No | Kidney Cancer | 1-9 |
| 54 | Carlos Vidot | 8/31/1957 | FL | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Kidney Cancer | 1-9 |
| 55 | Joseph Villa | 4/9/1996 | CA | Central District of California | No | City of Downey Water Services (CA1910034) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 56 | Irene Villacci | 7/30/1964 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Ulcerative Colitis | 1-9 |
| 57 | Javier Villalobos | 11/13/1980 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 58 | Miguel Villalobos | 2/6/1978 | NJ | District of New Jersey | No | Hoboken Water Utility (NJ0905001) | No | Testicular Cancer | 1-9 |
| 59 | Aldo Villanueva | 3/11/1982 | CA | Eastern District of California | No | City Of Merced (CA2410009) | No | Testicular Cancer | 1-9 |
| 60 | Ricardo Villanueva | 5/21/1969 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 61 | Mark Villareal | 10/10/1955 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 62 | Claudia Villarreal | 12/18/1974 | TX | Western District of Texas | No | Horizon Regional Mud (TX0710005) | No | Kidney Cancer | 1-9 |
| 63 | Joel Villasenor | 8/22/1986 | CA | Eastern District of California | No | Lynwood City Water Department (CA1910079) | No | Kidney Cancer | 1-9 |
| 64 | Jorge Villasenor | 11/30/1970 | CA | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Testicular Cancer | 1-9 |
| 65 | Frank A. Villaverde | 10/30/1975 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 66 | Ricardo Villegas | 10/31/1994 | NE | District of Nebraska | No | Lincoln, City Of (NE3110926) | No | Ulcerative Colitis | 1-9 |
| 67 | David Vladmir | 5/22/1974 | CA | Southern District of California | No | Valley Center Mwd (CA3710026) | No | Testicular Cancer | 1-9 |
| 68 | Marcel Vocino | 9/26/1983 | NY | Southern District of New York | No | El Dorado Id - Main;Placerville, City Of - Main (CA0910001) | No | Testicular Cancer | 1-9 |
| 69 | Susan Vogel | 4/13/1945 | NJ | District of New Jersey | No | Suez Water Manalapan Township - Knob Hill (NJ1326002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Heidi Vona | 5/21/1970 | MA | District of Massachusetts | No | Westfield DPW Water Division (MA1329000) | No | Kidney Cancer | 1-9 |
| 71 | Marvin Votaw | 4/26/1964 | KY | Western District of Kentucky | No | Mt Washington Water Company (KY0150300) | No | Kidney Cancer | 1-9 |
| 72 | Adriana Voyiatt | 5/4/1997 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Ulcerative Colitis | 1-9 |
| 73 | Andrew Waddell | 7/22/1975 | CA | Eastern District of California | No | Cal Am - Suburban Rosemont (CA3410010) | No | Ulcerative Colitis | 1-9 |
| 74 | Brennon L Wade | 8/14/1987 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 75 | Ronald Wagner | 6/9/1957 | OH | Northern District of Ohio | No | Youngstown City PWS (OH5002303) | No | Testicular Cancer | 1-9 |
| 76 | Kenneth Wake | 11/12/1956 | DE | District of Delaware | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 77 | Sherie Wakeland | 9/8/1968 | CA | Northern District of California | No | City Of Tyler (TX2120004) | No | Kidney Cancer | 1-9 |
| 78 | Willie Walker Jr. | 11/12/1962 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 79 | Charles Walker | 8/30/1956 | LA | Middle District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 80 | Christopher Walker | 8/18/1993 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 81 | Christy Walker | 12/21/1978 | AL | Northern District of Alabama | No | Centre Water & Sewer Board (AL0000188) | No | Ulcerative Colitis | 1-9 |
| 82 | Cori Walker | 10/1/1973 | KY | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 83 | Daniel Walker | 2/14/1957 | NC | Middle District of North Carolina | No | City of Aurora (CO0103005) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Derek Walker | 11/6/1990 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Testicular Cancer | 1-9 |
| 85 | Jazmynn Walker | 8/30/1988 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 86 | Patrick Walker | 7/12/1964 | TX | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 87 | Hollye Walkingstick | 5/27/1971 | AL | Northern District of Alabama | No | Albertville Utilities Board (AL0000933) | No | Kidney Cancer | 1-9 |
| 88 | Jacob Wall | 10/25/1991 | IL | Central District of Illinois | No | IL American - Pekin (IL1795040) | No | Testicular Cancer | 1-9 |
| 89 | Joseph Wall | 3/9/1949 | FL | Southern District of Florida | No | Fort Pierce Utilities Authority (FL4560490) | No | Kidney Cancer | 1-9 |
| 90 | Darlene Wallace | 6/2/1951 | OH | Southern District of Ohio | No | City Of St. Clairsville PWS (OH0701516) | No | Kidney Cancer | 1-9 |
| 91 | Desmond Wallace | 10/17/1974 | NY | Southern District of New York | No | Veolia Water New York (NY4303673) | No | Kidney Cancer | 1-9 |
| 92 | Justin Walls | 10/9/1992 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 93 | Quinton Walls | 9/11/1977 | TN | Middle District of Tennessee | No | Consolidated Utility District Of Rutherford (TN0000791) | No | Testicular Cancer | 1-9 |
| 94 | James Walsh | 6/8/1986 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 95 | Scott Walter | 8/29/1954 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 96 | Kevin Walters | 7/27/1956 | CA | Central District of California | No | Burnsville (MN1190002) | No | Kidney Cancer | 1-9 |
| 97 | Patricia Walters | 5/6/1945 | SC | District of South Carolina | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 98 | Charles Walton Jr. | 2/27/1949 | FL | Southern District of Florida | No | City of Pompano Beach (FL4061129) | No | Kidney Cancer | 1-9 |
| 99 | Russell Walton | 10/3/1963 | FL | Southern District of Florida | No | City Of Coconut Creek (FL4061584) | No | Kidney Cancer | 1-9 |
| 100 | Terry Wampler | 4/2/1954 | IL | Southern District of Illinois | No | Robinson-Palestine Water Commission (IL0335030) | No | Kidney Cancer | 1-9 |
| 101 | Jared Wanger | 5/22/1990 | FL | Southern District of Florida | No | City of Pompano Beach (FL4061129) | No | Ulcerative Colitis | 1-9 |
| 102 | Ernest Ward | 9/20/1946 | CO | District of Colorado | Yes | City of Aurora (CO0103005) | No | Kidney Cancer | 1-9 |
| 103 | Freddie Ward | 11/26/1957 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 104 | Jonathan Ward | 9/14/1984 | NC | Eastern District of North Carolina | No | City of Raleigh (NC0392010) | No | Kidney Cancer | 1-9 |
| 105 | MarieAntoinette Ward | 7/19/1953 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 106 | Michelle Ward | 4/14/1965 | VA | Western District of Virginia | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 107 | Patrick Ward | 9/30/1970 | CA | Eastern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 108 | Rebekah Ward | 3/13/1959 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 109 | Dawn Ware | 11/19/1979 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 110 | Kayla Ware | 12/28/1993 | OH | Southern District of Ohio | No | City Of St. Clairsville PWS (OH0701516) | No | Ulcerative Colitis | 1-9 |
| 111 | Tayler Warman | 11/30/1994 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Ulcerative Colitis | 1-9 |
| 112 | Victoria Warrix | 5/6/1971 | FL | Middle District of Florida | No | VC/SOUTHWEST WATER SYSTEM (FL3641336) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 113 | John Wascavage | 5/27/1988 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 114 | Andre Washington | 10/25/1983 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 115 | Terryl Washington | 8/7/1962 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 116 | Darren Wasney | 1/5/1982 | MA | District of Massachusetts | No | Arlington Water Dept. (Mwra) (MA3010000) | No | Kidney Cancer | 1-9 |
| 117 | Andrew Wassef | 2/7/1992 | NJ | Eastern District of New York | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 118 | Steve Waters | 1/12/1959 | MA | District of Massachusetts | No | Plainville Water Department (MA4238000) | No | Kidney Cancer | 1-9 |
| 119 | Chris Watkins | 3/28/1978 | WA | Western District of Washington | No | Covington Water District (WA5341650) | No | Testicular Cancer | 1-9 |
| 120 | Kelly Jean Watkins | 10/7/1960 | KY | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 121 | Alfreda Watlington | 7/2/1975 | SC | District of South Carolina | No | GSW&SA - Myrtle Beach (SC2620009) | No | Kidney Cancer | 1-9 |
| 122 | Wilmer Watson Jr. | 12/18/1955 | LA | Eastern District of Louisiana | No | New Orleans Algiers Water Works (LA1071001) | No | Kidney Cancer | 1-9 |
| 123 | Albert Leon Watson | 10/18/1964 | CA | Central District of California | No | Golden State Water Co. - Barstow (CA3610043) | No | Kidney Cancer | 1-9 |
| 124 | Jessica Watts | 9/15/1986 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 125 | John Watts | 7/4/1991 | MD | District of Maryland | No | Harford County DPW (MD0120016) | No | Testicular Cancer | 1-9 |
| 126 | Mary Weatherington | 7/1/1936 | CA | Eastern District of California | No | City of Lodi (CA3910004) | No | Kidney Cancer | 1-9 |
| 127 | Jeanne Weaver | 3/25/1959 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 128 | Raymon Webb | 11/30/1964 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 129 | Joseph Webber | 10/13/1965 | MI | Western District of Michigan | No | Portage (MI0005520) | No | Testicular Cancer | 1-9 |
| 130 | Troi Weber | 2/16/1987 | WY | District of Wyoming | No | City Of Riverton (WY5600047) | No | Ulcerative Colitis | 1-9 |
| 131 | Norman Weiler | 8/29/1957 | PA | Eastern District of Pennsylvania | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 132 | Kenneth Weiner | 6/22/1945 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 133 | Robert Weinstein | 9/27/1978 | NJ | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Testicular Cancer | 1-9 |
| 134 | Etta Weir | 1/14/1949 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Liver Cancer | 1-9 |
| 135 | James Welch | 9/25/1970 | AZ | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 136 | Kyle Welch | 2/15/1988 | IN | Southern District of Indiana | No | Indiana American Water - Charlestown (IN5210003) | No | Testicular Cancer | 1-9 |
| 137 | Carole Wells | 3/20/1950 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Kidney Cancer | 1-9 |
| 138 | Jamal Wells | 8/20/1975 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Kidney Cancer | 1-9 |
| 139 | Ronald D. Wolowicz | 5/27/1971 | OH | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Testicular Cancer | 1-9 |
| 140 | Robert Woodstock | 6/12/1957 | OH | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |